**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Randolph LAWRENCE, Defendant–
Appellant.**

**No. 10–12281
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2011.

Michelle Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Office, Macon, GA, Melvin E. Hyde, Jr., U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

William J. Mason, Attorney at Law, Columbus, GA, for Defendant–Appellant.

Randolph Lawrence, Atlanta, GA, pro se.

Before CARNES, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

William J. Mason, appointed counsel for Randolph Lawrence in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lawrence's conviction and sentence are **AFFIRMED.**